UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY DEWAYNE PITTMAN,

Plaintiff,

v.

SITEMETRIC, LLC.,

Defendant.

Case No.  25-cv-07707-PCP

**ORDER DISMISSING CASE**

Pro se plaintiff Randy Dewayne Pittman filed this action against his former employer Sitemetric, LLC, alleging that Sitemetric terminated him in retaliation for on-the-job speech. Mr. Pittman claims that his termination violated the First Amendment; 42 U.S.C. §§ 1981 and 1985(3); Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a); and the National Labor Relations Act, 29 U.S.C. § 157. He also asserts a state common-law claim for wrongful termination in violation of public policy. Concurrent with his complaint, Mr. Pittman filed an application to proceed in forma pauperis, i.e., without paying the otherwise mandatory filing fee to initiate a lawsuit. The Court previously granted that application and, pursuant to 28 U.S.C § 1915(e)(2), screened Mr. Pittman's complaint. *See* Dkt. No. 7. As the Court explained in that order, Mr. Pittman's complaint fails to state a claim for relief under any of the federal constitutional and statutory provisions he invokes, and his state common-law claim rises and falls with his federal claims. The Court therefore dismissed the case with leave to amend. The Court instructed Mr. Pittman that, if he failed to file an amended complaint by December 22, 2026, the Court would dismiss his case with prejudice.

Though the Court granted Mr. Pittman leave to amend, Mr. Pittman has not filed an amended complaint. For the reasons set forth in the Court's previous order, the Court therefore

United States District Court
Northern District of California

dismisses the case with prejudice for failure to state a claim pursuant to 28 U.S.C § 1915(e)(2). *See Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995).

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____

P. Casey Pitts
United States District Judge